UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PAUL EIFERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Nos. 4:05CV178-SNL |
| ) | |
| HOME DEPOT U.S.A., INC. d/b/a ) | |
| "The Home Depot," LINDA MOLTON and ) | |
| JOE MILLER, ) | |
| ) | |
| Defendants. ) | |

## ORDER

**IT IS HEREBY ORDERED** that this case is **DISMISSED** pursuant to notice of December 7, 2005.

Dated this  8th  day of December, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE